SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents/Defendants
COUNTY OF SANTA BARBARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA LAMA, an Individual, | CASE NO. |
| Plaintiff, | Complaint Filed: May 2, 2025 |
| v. | **NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |
| COUNTY OF SANTA BARBARA; SANTA YNEZ BAND OF CHUMASH INDIANS; CHUMASH CASINO RESORT and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant COUNTY OF SANTA BARBARA, ("County") hereby removes to this Court the state court action described below.

1. On May 2, 2025, an action was commenced in the Superior Court of the State of California in and for the County of Santa Barbara, KARMA LAMA, Plaintiff v. COUNTY OF SANTA BARBARA, SANTA YNEZ BAND OF CHUMAS INDIANS, CHUMASH CASINO RESORT, and DOES 1 through 100, inclusive, Defendants as case number 25CV02822, attached hereto as Exhibit "A."

2. The County was served with a copy of the above-described Complaint on August 12, 2025.

3. The first date upon which County Defendant received a copy of the Complaint was August 12, 2025, when County Defendant was served with a copy of said Complaint and a Summons from the said state court. A copy of the Summons is attached hereto as Exhibit "B."

4. At the time County Defendant was served with the Summons and Complaint, they were also served with the following documents: (1) Civil Case Cover Sheet filed May 2, 2025 (Exhibit D); (2) Civil Case Cover Sheet Addendum filed May 2, 2025 (Exhibit C); and, (3) Order and Notice of Case Assignment (Exhibit E).

5. Under 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions arising under the Constitution or laws of the United States. This action, as asserted in Plaintiff's first cause of action, alleges a civil claim under 42 U.S.C. § 1983 for the alleged violation of Plaintiff's rights arising under the United States Constitution. *See* Exhibit "A," ¶¶ 15-22.

6. This Court, therefore, has original jurisdiction of this civil action under 28 U.S.C. § 1331. Because this Court has original jurisdiction, this civil action may be removed to this Court by County Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

7. At this time, no defendants other than the County have been served with the Summons and Complaint. Accordingly, this Notice of Removal is made by all defendants who have been served with the Summons and Complaint.

Respectfully submitted,

DATED: August 29, 2025

RACHEL VAN MULLEM
SANTA BARBARA COUNTY COUNSEL

By: /s/ Callie Patton Kim
Callie Kim, Senior Deputy County Counsel
Attorneys for Defendant,
COUNTY OF SANTA BARBARA

**EXHIBIT A**

**COMPLAINT**

**MATTHEW PAPPAS (SBN: 171860)**
8414 Farm Road, Suite 180
Las Vegas, NV 89131
(714) 576-9200
E-Mail: maspalaw@mpappaslaw.com

Attorney for Plaintiff

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
5/22/2025 12:04 PM
By: Fite, Deputy

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SANTA BARBARA

| | |
|---|---|
| KARMA LAMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA YNEZ BAND OF CHUMASH INDIANS; CHUMASH CASINO RESORT and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: 25CV02822<br><br>**COMPLAINT FOR VIOLATION OF 42 U.S.C. § 1983; AND BREACH OF CONTRACT**<br><br>*Unlimited Jurisdiction* |

Plaintiff alleges as follows:

### **PARTIES**

1. Plaintiff KARMA LAMA is an individual who is over the age of 18 and resides in Santa Barbara County, California.

2. Defendant COUNTY OF SANTA BARBARA is a government entity.

3. Defendant SANTA YNEZ BAND OF CHUMASH INDIANS ("Tribe") is a government entity.

4. Defendant CHUMASH CASINO RESORT is a business entity based in Santa Ynez, California.

COMPLAINT - 1

Exhibit A

5. Although claims were timely filed by plaintiff with the respective government entity defendants named herein, the claims were improperly denied by those government entity defendants.

6. The matters complained of under 42 U.S.C. § 1983 are not subject to government code claim requirements.

7. Plaintiff has not yet ascertained the names or capacities of the DOE defendants alleged in this complaint. Upon learning the names and involvement of the DOE defendants, plaintiff will amend the complaint appropriately.

8. Plaintiff is informed and believes, and based upon such information and belief alleges, that the defendants engaged in a civil conspiracy when planning and agreeing to engage in the wrongful acts alleged in this complaint.

**JURISDICTION AND VENUE**

9. All of the actions complained of herein took place in Santa Barbara County, California. The damages sought by plaintiff exceed $100,000.00. Accordingly, jurisdiction in this matter is proper in Santa Barbara Superior Court. This Court has jurisdiction to hear and adjudicate the 42 U.S.C. § 1983 claim brought by plaintiff as well as the breach of contract cause of action brought to enforce the terms of the Tribe's compact with the State of California.

**FACTUAL ALLEGATIONS**

10. In May 2023, plaintiff was visiting the Chumash Casino Resort ("Resort") in Santa Ynez, California.

11. While at the Resort, plaintiff was attacked by three (3) men. Plaintiff is informed and believes, and based upon such information and belief alleges, that the men who attacked him were employees, agents or family members of employees or agents of the Resort. The attacks were not provoked and led to serious injuries suffered by plaintiff.

12. Following the attack, Resort employees failed to assist plaintiff and instead detained him. Plaintiff was detained until uniformed Santa Barbara County sheriff

deputies arrived on scene and thereafter arrested plaintiff.

13. False charges were brought against plaintiff. Plaintiff is informed and believes and based upon such information and belief alleges the Santa Barbara County Sheriff's Department as well as the employees, agents, owners and operators of the Resort conspired together to protect the individuals who attacked plaintiff by detaining, arresting and charging plaintiff with crimes he did not commit.

14. Charges brought against plaintiff were later dismissed and Resort appears to be a business. There is NOTHING posted telling people the Resort is <u>not</u> a business or that it is <u>not</u> subject to California and federal law. There is <u>not</u> any indication to people they are subject to the sovereign immunity of the Tribe.

## **FIRST CAUSE OF ACTION**
## **VIOLATION OF 42 U.S.C. § 1983**
### **(Against Defendant County of Santa Barbara)**

15. Plaintiff incorporates by reference the allegations made in paragraphs 1 through 14 of this complaint.

16. Plaintiff is informed and believes and based upon such information and belief alleges the County of Santa Barbara and Tribe have an agreement regarding police services at the Resort ("Policing Agreement").

17. Plaintiff is informed and believes and based upon such information and belief alleges that under the Policing Agreement, the policies and practice of the County of Santa Barbara led to the improper violation of plaintiff's state and federal constitutional rights (42 U.S.C. § 1983). The improper actions of the County are a result of its policies and procedures that were then and continue to be implemented by its law enforcement officers.

18. The false arrest, detention and charging of plaintiff by the defendants violated his right to procedural due process protected by both the state and federal constitutions.

19. The false arrest, detention and charging of plaintiff by the defendants

violated his right to be free from cruel and unusual punishment protected by both the state and federal constitutions.

20. The false arrest, detention and charging of plaintiff by the defendants violated his right to a jury trial prior to being subject to punishment protected by both the state and federal constitutions.

21. The false arrest, detention and charging of plaintiff by the defendants violated his right to substantive due process protected by both the state and federal constitutions.

22. The aforementioned violations cause plaintiff damages in an amount to be proven at time of trial.

## SECOND CAUSE OF ACTION
## BREACH OF CONTRACT
### (Against Defendant Santa Ynez Band of Chumash Indians and Resort)

23. Plaintiff incorporates by reference the allegations made in paragraphs 1 through 14 of this complaint.

24. The State of California and Tribe entered into an agreement in 1999. The agreement (the "Compact") was amended on August 26, 2015.

25. Under the terms of the Compact, the Tribe is to apply California law to tort claims. Under the Compact, the Tribe waived sovereign immunity in respect to all of the subject matter and incidents at issue in this case.

26. The purpose of the Compact is specifically to protect citizens of California. Plaintiff is a citizen of California and is entitled to the protections provided for him under the Compact. Plaintiff is informed and believes and based upon such information and belief alleges that political forces in California and contributions made by the Tribe to political parties and politicians have fostered and environment where the state has failed to enforce the terms of the Compact.

27. Plaintiff brings this claim individually and under the provisions of the Private Attorney General law of California.

Exhibit A

28. The Tribe has implemented mechanisms that are not in conformance with California law in an effort to thwart the ability of plaintiff and other similarly situated individuals to seek redress and compensation for injuries they have suffered that are the fault of Tribe. These mechanisms include but are not limited to a 180-claim period, hiding of its laws so that people cannot find them easily, and other actions that have harmed plaintiff.

29. Tribe has breached the terms of the Compact and its breach has and continues to be the legal cause of harm and damages suffered by plaintiff.

## THIRD CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Against Defendant Santa Ynez Band of Chumash Indians and Resort)

30. Plaintiff incorporates by reference the allegations made in paragraphs 1 through 14 and paragraphs 24 through 29 of this complaint.

31. The aforementioned actions of Tribe and Resort were intentional. Tribe and Resort knew that their actions were taken to protect the individuals who attacked and harmed plaintiff.

32. Plaintiff is informed and believes and based upon such information and belief alleges that Tribe and Resort have implemented policies designed to discriminate against individuals who are <u>not</u> members of the Tribe and to prefer members and friends of members of the Tribe to the point of taking outrageous and calculated actions that Tribe and Resort knew would cause severe emotional distress.

33. As a result of the actions complained of herein, plaintiff has and continues to suffer severe emotional distress damages in an amount to be proven at time of trial.

## FOURTH CAUSE OF ACTION
## FALSE IMPRISONMENT
### (Against Defendant Santa Ynez Band of Chumash Indians and Resort)

34. Plaintiff incorporates by reference the allegations made in paragraphs 1 through 14 and paragraphs 24 through 29 of this complaint.

35. Without cause or basis and in an effort to harm plaintiff, the defendants falsely imprisoned plaintiff without legal basis or privilege to do so. Defendants thereafter, through their agreement with defendant County of Santa Barbara, further improperly detained and imprisoned plaintiff.

36. The actions of the defendants have caused plaintiff damages in an amount to be proven at time of trial.

### PRAYER FOR RELIEF

A. Plaintiff prays for special and general damages in amounts to be proven at time of trial;

B. Plaintiff prays for reasonable attorney fees under statutory provisions of California law including but not limited to the Private Attorney General statute.

C. Plaintiff prays for costs of suit; and

D. Plaintiff prays for any further relief the Court deems appropriate.

DATED: May 1, 2025

_____
MATTHEW PAPPAS
Attorney for Plaintiff

**EXHIBIT B**

**SUMMONS**

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
5/2/2025 12:04 PM
By: Erin Josie, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COUNTY OF SANTA BARBARA; SANTA YNEZ BAND OF CHUMASH INDIANS; CHUMASH CASINO RESORT and DOES 1 through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KARMA LAMA, an individual,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* SANTA BARABARA SUPERIOR COURT
312 E. COOK STREET, BLDG. E, SANTA MARIA, CA 93454

**CASE NUMBER:** *(Número del Caso):*
25CV02822

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MATTHEW PAPPAS, 8414 Farm Road #180, Las Vegas, NV 89131 (714) 576-9200

DATE: *(Fecha)* 5/2/2025    Clerk, by *(Secretario)* /s/ Erin Josie, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

Exhibit B

**<u>EXHIBIT C</u>**

**CIVIL CASE COVER SHEET ADDENDUM - STATE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*:<br>MATTHEW PAPPAS (SBN:171860)<br>8414 FARM RD., #180<br>LAS VEGAS, NV 89131<br>maspalaw@mpappaslaw.com<br>ATTORNEY FOR *(NAME)*:  Plaintiff | TELEPHONE NO.:<br>714-576-9200 | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>5/2/2025 12:04 PM<br>By: Elia, Deputy |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**

☐ Santa Barbara–Anacapa   ☒ Santa Maria-Cook   ☐ Lompoc Division
1100 Anacapa Street   312-C East Cook Street   115 Civic Center Plaza
Santa Barbara, CA 93101   Santa Maria, CA 93454   Lompoc, CA 93436

PLAINTIFF:   KARMA LAMA

DEFENDANT:   SANTA BARBARA COUNTY, et al.

**CIVIL CASE COVER SHEET ADDENDUM**    CASE NUMBER: 25CV02822

Santa Barbara County Superior Court Local Rule, rule 201 divides Santa Barbara County geographically into two separate regions referred to as "South County" and "North County," the boundaries of which are more particularly defined in rule 201. "South County" includes the cities of Carpinteria, Santa Barbara, and Goleta; "North County" includes the cities of Santa Maria, Lompoc, Buellton and Solvang. A map depicting this geographical division is contained in Appendix 1 to the local rules.

Local Rule 203 provides: "When, under California law, 'North County' would be a 'proper county' for venue purposes, all filings for such matters shall be in the appropriate division of the Clerk's office in North County. All other filings shall be made in the Clerk's office in the appropriate division of the Court in South County. The title of the Court required to be placed on the first page of documents pursuant to CRC 2.111 includes the name of the appropriate Court division."

A plaintiff filing a new complaint or petition is required by Local Rule 1310 to complete and file this Civil Case Cover Sheet Addendum to state the basis for filing in North County or South County.

The undersigned represents to the Court:

This action is filed in   ☒ North County   ☐ South County   because venue is proper in this region for the following reason(s):

☐ A defendant resides or has its principal place of business in this region at: _____
_____

☒ The personal injury, damage to property, or breach of contract that is claimed in the complaint occurred in this region at: SANTA YNEZ _____

☐ There is a related case filed with the court in this region (e.g., the related personal injury action to a petition to transfer structured settlement payments) [identify case, including case number]: _____
_____

☐ Venue is otherwise proper in this region because [explain]: _____
_____

Dated:  5/2/2025                              *[signature]*
                                              *Signature of Plaintiff or Plaintiff's Counsel*

Form Adopted for Mandatory Use      **CIVIL CASE COVER SHEET ADDENDUM**
Santa Barbara Superior Court
SC-2069 [New July 2018]                                Exhibit C

**EXHIBIT D**

**CIVIL CASE COVER SHEET - STATE**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MATTHEW PAPPAS (SBN: 171860)<br>8414 FARM RD., #180, LAS VEGAS, NV 89131<br>TELEPHONE NO.: 714-576-9200    FAX NO.:<br>EMAIL ADDRESS: maspalaw@mpappaslaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>5/2/2025 12:04 PM<br>By: Elisa Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SANTA BARBARA**
STREET ADDRESS: 312 E. COOK STREET E
MAILING ADDRESS: 312-C COOK STREET
CITY AND ZIP CODE: SANTA MARIA, CA 93454
BRANCH NAME: COOK DIVISION

CASE NAME:
LAMA V. SANTA BARBARA COUNTY, ET AL.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 25CV02822 |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount demanded exceeds $35,000)  (Amount demanded is $35,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[x] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 4
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5/1/2025

MATTHEW PAPPAS                                           ▶ /s/ Matthew Pappas
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California    **CIVIL CASE COVER SHEET**    Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
                                                                 Cal. Standards of Judicial Administration, std. 3.10

Exhibit D

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**     CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
   Auto (22)–Personal Injury/Property Damage/Wrongful Death
   Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
   Asbestos (04)
      Asbestos Property Damage
      Asbestos Personal Injury/ Wrongful Death
   Product Liability *(not asbestos or toxic/environmental)* (24)
   Medical Malpractice (45)
      Medical Malpractice– Physicians & Surgeons
      Other Professional Health Care Malpractice
   Other PI/PD/WD (23)
      Premises Liability (e.g., slip and fall)
      Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
      Intentional Infliction of Emotional Distress
      Negligent Infliction of Emotional Distress
      Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
   Business Tort/Unfair Business Practice (07)
   Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
   Defamation (e.g., slander, libel) (13)
   Fraud (16)
   Intellectual Property (19)
   Professional Negligence (25)
      Legal Malpractice
      Other Professional Malpractice *(not medical or legal)*
   Other Non-PI/PD/WD Tort (35)

**Employment**
   Wrongful Termination (36)
   Other Employment (15)

**Contract**
   Breach of Contract/Warranty (06)
      Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
      Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
      Negligent Breach of Contract/ Warranty
      Other Breach of Contract/Warranty
   Collections (e.g., money owed, open book accounts) (09)
      Collection Case–Seller Plaintiff
      Other Promissory Note/Collections Case
   Insurance Coverage *(not provisionally complex)* (18)
      Auto Subrogation
      Other Coverage
   Other Contract (37)
      Contractual Fraud
      Other Contract Dispute

**Real Property**
   Eminent Domain/Inverse Condemnation (14)
   Wrongful Eviction (33)
   Other Real Property (e.g., quiet title) (26)
      Writ of Possession of Real Property
      Mortgage Foreclosure
      Quiet Title
      Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
   Commercial (31)
   Residential (32)
   Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
   Asset Forfeiture (05)
   Petition Re: Arbitration Award (11)
   Writ of Mandate (02)
      Writ–Administrative Mandamus
      Writ–Mandamus on Limited Court Case Matter
      Writ–Other Limited Court Case Review
   Other Judicial Review (39)
      Review of Health Officer Order
      Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
   Antitrust/Trade Regulation (03)
   Construction Defect (10)
   Claims Involving Mass Tort (40)
   Securities Litigation (28)
   Environmental/Toxic Tort (30)
   Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
   Enforcement of Judgment (20)
      Abstract of Judgment (Out of County)
      Confession of Judgment *(non-domestic relations)*
      Sister State Judgment
      Administrative Agency Award *(not unpaid taxes)*
      Petition/Certification of Entry of Judgment on Unpaid Taxes
      Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
   RICO (27)
   Other Complaint *(not specified above)* (42)
      Declaratory Relief Only
      Injunctive Relief Only *(non-harassment)*
      Mechanics Lien
      Other Commercial Complaint Case *(non-tort/non-complex)*
      Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
   Partnership and Corporate Governance (21)
   Other Petition *(not specified above)* (43)
      Civil Harassment
      Workplace Violence
      Elder/Dependent Adult Abuse
      Election Contest
      Petition for Name Change
      Petition for Relief From Late Claim
      Other Civil Petition

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**     Print this form     Save this form     Clear this form

**EXHIBIT E**

**STATE COURT'S ORDER AND NOTICE OF CASE ASSIGNMENT**

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**<br>STREET ADDRESS: 312-C East Cook Street<br>CITY AND ZIP CODE: Santa Maria CA 93454<br>BRANCH NAME: Cook | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**05/06/2025**<br>Darrel E. Parker, Executive Officer<br>BY  Sanchez, Ibelsa<br>Deputy Clerk |
| CAPTION:<br>**Karma Lama vs County of Santa Barbara et al** | |
| **ORDER AND NOTICE OF CASE ASSIGNMENT;**<br>**NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**25CV02822** |

The above case is hereby assigned to Judge **Jed Beebe** for ALL purposes, including trial. All future matters, including ex-parte matters, are to be scheduled with the assigned judge. Counsel shall include the name of the assigned judge in the caption of every document filed with the court. The above-entitled case is hereby ordered set for:

**Case Management Conference** on 09/03/2025 at **8:30 AM** in **SM Dept 4** at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors. A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service. Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions. Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110). In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.
Please refer to the court's website for information about remote proceedings
https://www.santabarbara.courts.ca.gov/system/files/general/information-remote-appearances-website.pdf. Use the links provided to access the Remote Hearing Information flyer in English
https://www.santabarbara.courts.ca.gov/system/files/general/zoom-information-civil.pdf, and in Spanish
https://www.santabarbara.courts.ca.gov/system/files/general/zoom-instructions-civil-spanish.pdf. Or visit the to the court's website at https://santabarbara.courts.ca.gov/ and click on Remote Appearance by Zoom.

At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated: 5/6/2025

*(signature)* Patricia L. Kelly
Judge of the Superior Court

Exhibit E

---

### CLERK'S CERTIFICATE OF SERVICE

I certify that I am not a party to this cause, and that a true copy of this document was electronically served or mailed first class, postage prepaid in a sealed envelope addressed as shown, and that the electronic service or mailing of the foregoing and execution of this certificate occurred at *(place)* Santa Maria, California on *(date)*: 05/07/2025

Matthew Pappas
Law Office of Matthew Pappas
8414 Farm Road Suite 180
Las Vegas NV 89131

Darrel E. Parker, Executive Officer        By  /s/ Ibelsa Sanchez  , Deputy

SC-2028 | ORDER &NOTICE OF CASE ASSIGNMENT<br>NOTICE OF CASE MANAGEMENT CONFERENCE | Local Rule 1309<br>CRC3.222

Exhibit E